[No. 72601-3-I.   Division One.   September 21, 2015.]

*In the Matter of the Marriage of* THERESE BROWN JENSEN, *Respondent*, and RUSSELL JAMES JENSEN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-3-02117-1, Anita L. Farris, J., entered September 23, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Trickey, JJ.

[No. 72816-4-I.   Division One.   September 21, 2015.]

CLARK CONSTRUCTION GROUP, INC., *Appellant*, v. ROLAND ANDERSON, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-06122-6, George N. Bowden, J., entered November 12, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Trickey, JJ.

[No. 72901-2-I.   Division One.   September 21, 2015.]

*In the Matter of the Dependency of* R.T.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. M.T., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-7-00266-0, Janice E. Ellis, J., entered December 4, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Dwyer, JJ.

[No. 73198-0-I.   Division One.   September 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. A.D.B., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 14-8-00502-6, John P. Erlick, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Schindler, JJ.